IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEREMY ELLWOOD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:11-cv-13159-GCS-LJM |
| v. | ) | |
| | ) | JUDGE GEORGE CARAM STEEH |
| WINDHAM PROFESSIONALS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

| | |
|---|---|
| WEISBERG & MEYERS, LLC | **Correspondence address** |
| Ronald S. Weiss (P48762) | Weisberg & Meyers, LLC |
| 7035 Orchard Lake Road, Suite 600 | 5025 N. Central Ave., #602 |
| West Bloomfield, MI 48322 | Phoenix, AZ 85012 |
| RWeiss@AttorneysForConsumers.com | |
| (888) 595-9111 ext. 230 | |
| (866) 565-1327 Fax | |
| *Lead Counsel for Plaintiff* | |

_____

**STIPULATION TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed without fees or costs to either party.

Dated this 27th day of October, 2011.

| | |
|---|---|
| For Plaintiff, | For Defendant, |
| s/ Ron Weiss | s/ Christopher T. Herman |
| Weisberg & Meyers, LLC | Surdyk, Dowd & Turner Co., L.P.A. |

Filed electronically on this 27th day of October, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 27th day of October, 2011 to:

Christopher T. Herman, Esq.
Jeffrey C. Turner, Esq.
Surdyk, Dowd & Turner Co., L.P.A.
1 Prestige Place, Suite 700
Miamisburg, Ohio  45342


By: s/Ronald S. Weiss
       Ronald S. Weiss